Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICHARD JACK HARRISON <br> Defendant. | NO. CR94-5074RJB <br><br> ORDER SETTING OVER MOTIONS CUT-OFF |

Based on the stipulated motion of the parties to continue the motions cut-off date, the Court makes the following findings of fact and conclusions of law:

The ends of justice will be served by granting this continuance to allow the defense additional time to review discovery and explore issues of some complexity, including all relevant issues and defenses applicable to the case, taking into account the exercise of due diligence.

NOW, THEREFORE,

//
//
//
//
//

*USA v. Richard Jack Harrison, CR94-5074RJB* -1
Order Setting Over Motions Cut-off

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  IT IS HEREBY ORDERED that the pretrial motions cut-off of June 22, 2007 be continued to July 19, 2007.  The trial date will remain as set.

DONE this __18th__ day of June, 2007.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented By:

_____          _____
Peter Offenbecher                                                  Matthew H. Thomas
Attorney for Mr. Harrison                                      Assistant United States Attorney


_____
Douglas B. Whalley
Assistant United States Attorney

*USA v. Richard Jack Harrison, CR94-5074RJB*  -2
Order Setting Over Motions Cut-off

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800