UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.    CR94-5074RJB |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL |
| RICHARD JACK HARRISON, | ) | |
| Defendant. | ) | |

Having read the Government's Motion to Seal in the above-captioned case, requesting that the Government's Sentencing Memorandum be filed under seal,

IT IS HEREBY ORDERED that the Government's Sentencing Memorandum in this matter shall be filed under seal.

DATED this 7th day of April, 2008.

Robert J Bryan
United States District Judge

Order to Seal/U.S. v. Richard Jack Harrison -1
CR94-5074RJB