The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD JACK HARRISON,<br><br>　　　　　　　　　Defendant. | NO. CR 94-05074 RJB<br><br>PROPOSED ORDER TO SEAL DEFENDANT RICHARD HARRISON'S SENTENCING MEMORANDUM |

THIS MATTER having come before the Court on motion of counsel for the defendant, and the Court finding good cause to allow Defendant's Sentencing Memorandum to be filed under seal,

IT IS HEREBY ORDERED that defendant's Sentencing Memorandum shall be filed under seal.

DATED this 8th day of April 2008.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

PROPOSED ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM
CASE NO. CR 94-5074 RJB
PAGE – 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

1  Presented by:

2  /s/ Peter Offenbecher
   WSBA No. 11920
3  SKELLENGER BENDER, P.S.
   1301 – 5th Avenue, #3401
4  Seattle, WA 98101-2605
   Telephone: 206-623-6501
5  Fax: 206-447-1973
   E-mail: poffenbecher@skellengerbender.com
6  Attorneys for Richard Harrison

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER TO SEAL DEFENDANT'S SENTENCING
MEMORANDUM
CASE NO. CR 94-5074 RJB
PAGE – 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501