The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICHARD JACK HARRISON,<br><br>                Defendant. | NO. CR 94-05074 RJB<br><br>ORDER TO SEAL DEFENDANT RICHARD HARRISON'S MOTION FOR TERMINATION OF SUPERVISION |

THIS MATTER having come before the Court on motion of counsel for the defendant, and the Court finding good cause to allow Defendant's Motion for Termination of Supervised Release to be filed under seal, and all responses and replies to be filed under seal and secured from public access until further order of this Court;

IT IS HEREBY ORDERED that defendant's Motion for Termination of Supervised Release shall be filed under seal, and all responses and replies be under seal and secured from public access until further order of this Court.

DATED this 4th day of January, 2010.

*Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER TO SEAL DEFENDANT'S MOTION FOR TERMINATION OF
SUPERVISED RELEASE
CASE NO. CR 94-5074 RJB
PAGE – 1

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501

|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | _____ |
| 7 | |
| 8 | Presented by: |
| 9 | /s/ Peter Offenbecher |
| 10 | WSBA No. 11920<br>SKELLENGER BENDER, P.S. |
| 11 | 1301 – 5th Avenue, #3401<br>Seattle, WA 98101-2605 |
| 12 | Telephone: 206-623-6501<br>Fax: 206-447-1973 |
| 13 | E-mail: poffenbecher@skellengerbender.com<br>Attorneys for Richard Harrison |

ORDER TO SEAL DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE
CASE NO. CR 94-5074 RJB
PAGE – 2

**Skellenger Bender, PS**
1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501